ACCEPTED
03-15-00007-CV
6589116
THIRD COURT OF APPEALS
AUSTIN, TEXAS
8/20/2015 4:16:20 PM
JEFFREY D. KYLE
CLERK

# STATE BAR OF TEXAS



FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS

8/20/2015 4:16:20 PM

JEFFREY D. KYLE
Clerk

*Office of the Chief Disciplinary Counsel*

August 20, 2015                                    By Electronic Filing

Mr. Jeffrey D. Kyle, Clerk
Third District Court of Appeals
P.O. Box 12547
Austin, TX  78711-2547

Re:    No. 03-15-00007-CV; *John Doe v. Board of Directors of the State Bar of Texas;*
       *Commission for Lawyer Discipline; and Linda Acevedo, in her Official Capacity*
       *as the Chief Disciplinary Counsel of the State Bar of Texas*

Dear Mr. Kyle:

Please be advised that the undersigned attorney, Cynthia Canfield Hamilton, will present oral argument for the Appellees on September 16, 2015.

Please feel free to contact me at (512) 427-1349 if you have questions.

Thank you for your assistance.

Sincerely,

/s/ Cynthia Canfield Hamilton
Cynthia Canfield Hamilton
Senior Appellate Counsel

c:    Mr. Gaines West, West, Webb, Allbritton & Gentry, 1515 Emerald Plaza, College Station, TX  77845
      (By Electronic Service)

P.O. BOX 12487, CAPITOL STATION, AUSTIN, TEXAS 78711-2487, 512.427.1350; FAX: 512.427.4167